# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HIMELDA MENDEZ, *and on behalf of all other persons similarly situated*,

                 Plaintiff,

-against-

APPLEBEE'S RESTAURANTS LLC,

                 Defendant.

------------------------------------- x

ORDER

19 Civ. 9861 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request for an extension of time to respond to Plaintiff's complaint and for an adjournment of the initial conference, (ECF No. 10), is GRANTED. Defendant's response is due by March 2, 2020. The initial conference is adjourned from February 5, 2020 to March 4, 2020 at 9:30 am.

Dated: New York, New York
       January 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge