**大成 DENTONS**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D  +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

• •  Salans FMC SNR Denton McKenna Long
dentons.com

May 15, 2020

**VIA ECF**



The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAY 18 2020

Re:   Mendez v. Applebee's Restaurants LLC: Case No. 1:19-cv-09861-GBD

Dear Judge Daniels:

We represent defendant Applebee's Restaurants LLC ("Defendant") in the above-referenced matter. Together with Plaintiff's counsel, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation and use of judicial resources. Once these efforts are complete, the parties promptly will file a stipulation of voluntary dismissal.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)