**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

HIMELDA MENDEZ, *and on behalf of all other persons similarly situated*,

                          Plaintiff,

-against-

APPLEBEE'S RESTAURANTS LLC,

                          Defendant.

------------------------------------------ x

<u>ORDER</u>

19 Civ. 9861 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from June 10, 2020 to August 19, 2020 at 9:30 am.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge